IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**GARY LEE MORACE**                                                                     **PLAINTIFF**

**VS.**                                                             **CIVIL ACTION NO. 5:O4CV26OLR**

**AMOCO OIL CO., ET AL**                                              **DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL

**THE COURT,** being advised that plaintiff, Gary Lee Morace, and defendant**,** CITGO Petroleum Corporation have compromised and settled the above captioned civil action, and that the parties request that the Court enter a final judgment dismissing this defendant from this action with prejudice:

**IT IS HEREBY ORDERED AND ADJUDGED** that CITGO Petroleum Corporation is dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED** this **14th** day of August, 2006.

                                                                       /s/ Tom S. Lee
                                                                       **U. S. DISTRICT COURT JUDGE**

AGREED:
/s/ Jennifer Ingram Wilkinson
Attorney for Plaintiffs

/s/ Michelle Moritz by JIW with permission
Michelle Moritz
Attorney for CITGO Petroleum Corporation

Order 2006-08-09 Agreed Final Judgment of Dismissal